# In the United States District Court

## Western District Of Arkansas
_____ Division

Jail #: _____

Roy Joe Kaiser   S8675
ADC# 147879
_____

*(In the space above enter your full name and Prison ID Number, if any. **Do not include your Social Security Number**).*

-against-

(1) Center ton Police Dept (2) Benton County Sheriff office

(3) unknown officer

(4) unknown officer

(5) unknown officer

(6) unknown officer (7) unknown officer

*(In the space above enter the full name of each Defendant)*

Case No. _____
(To be filled out by Clerk's Office only)

## COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☒ Yes
☐ No

---

### NOTICE

**Do not attach exhibits, affidavits, grievances, witness statements, or any other materials to your Complaint. Any materials other than the Complaint will be returned to you unfiled by the Clerk's Office.**

---

## I.   PLAINTIFF INFORMATION

Roy Joe Kaiser                         Big Bro
Name (First, Middle, Last)                Aliases

S8675   ADC 147879
Prisoner ID #, if any

Benton County Jail Bentonville Ar
Place of Detention or Incarceration

1300 SW 14th St
Address (*If detained, facility address*)

Benton Bentonville        A/        72719
County, City                        State        Zip Code

## II.    PRISONER STATUS

*Indicate whether you are a prisoner or other confined person as follows:*

☒ Pretrial detainee

☐ Convicted and serving a sentence. Provide Date of Conviction _____.

☒ Other. Explain: 90 day Parole violation _____

## III.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. If you need more space for additional defendants, list the additional defendants on another piece of paper, providing the same information. Do not list witnesses. The jail or detention center is a building and cannot be sued.*

Defendant 1:    unknown officer
                Name (Last, First)

                Centerton police
                Current Job Title

                @ 220 municiple Or
                Current Work Address

                Benton, Centerton A/ 72719
                County, City              State        Zip Code

Defendant 2: unknown officer
Name (Last, First)

Conterton Police
Current Job Title

220 Municiple Dr
Current Work Address

Benton Centerton, Ar 72719
County, City          State          Zip Code

Defendant 3: unknow officer
Name (Last, First)

Centerton police
Current Job Title

220 Municipal Dr
Current Work Address

Benton          Centerton Ar 72719
County, City          State          Zip Code

Defendant 4: unknown office
Name (Last, First)

Benton county Sheriffs office
Current Job Title

1300 Sw 14th St
Current Work Address

Benton Bentonville Ar 72712
County, City          State          Zip Code

Def 5    unknown officer
          Benton county Sheriffs office
          1300 sw 14th st
          Benton Bentonville, Ar 72712

Def6  Centerton police Dept
Def7  Benton county Sheriffs office

## IV.   STATEMENT OF CLAIMS

State *every* ground on which you claim that one or more of the Defendants violated your federal constitutional rights. **List each claim separately** (e.g., excessive force, denial of medical care, access to the courts, conditions of confinement, etc.). If you have more than three separate claims, you may attach additional sheets of paper, providing the same information for each claim. **You may attach no more than one additional sheet for each claim.**

**Claim Number 1:**

Place(s) of occurrence:
186 N A St centerton, Ar 72719

Date(s) of occurrence: 6-12-23  6-14-23  6-15-23 an other days unknown at this point

Name of Each Defendant Involved:
all unknown officer listed that were present and more to ammend upon more information

State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:

excessive force, illeaal seacrh an seizure, due process, falsifying documents, mallicious prosecution, liberty interes no probable cause, coersion, theft of property, False imprisonment

State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.

FACTS:

| | |
|---|---|
| **What happened to you?** | I was asleep in my uncles comper in the Back of my mom's property Benton county SheriFFs + centerton PD, knocked on the door an said come out now I got up an crawled under the covers disoriented an affraid they came in an arested me ... they illegally charged |

me with Drugs an drug pariphinalia Belonging to other
residence as well as a knife also,..
and on a fire arm that was locked in the trunck 30 Ft away
of a vehical Belonging to me an my Father an malisciously
Stole all property inside with out probable rouse,.they
Falcified pruable cause, Badgered coerced an
intimidated my family to put charges on me
as well as Falsified their noritive to suport probable
couse an came Steal all property belloived to belong
to me ... they pulled me out Violdently,
at gun point an stole what they wanted after,..
i was arrested for false charges, malliciously
to keep me in jail as long as possibly
Recouve i was an perole... i was fully Compliant
Before this an going to court an other charges

**Who did what?**

**How were you injured?**

With regard to claim 1, are you suing Defendant(s) in his/her/their:   the

- ☐ Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the violation).
- ☐ Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).
- ☒ Both Official and Individual capacity

*If you are asserting an official capacity claim,* please describe the custom, policy, or

widespread practice that you believe caused the violation of your constitutional rights. Common practic
malliscous presccutior,                                    my Family
they intimidated coerced an herrass ~~to~~ to
Say what they wanted out of Fear, illegal Search
an Soisure Berause they had no valled probable
couse to enter my property camper or Vehical
they Falsified the narritive to Steal my an my
Father property they had no valled consent to enter
the campes Because my Mother does not own the

**Claim Number 2:**   camper my uncle does... they delliberatly

**Place(s) of occurrence:**   Falsify documents to support their needs

They do this to trump charges an Steal an
Seize property... they died this Malliscously
Because they had no real charges to hold me
or arrest me an justify the charges or a parole
vidlation lonser than a few days

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated:*

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS: _____

| What happened to you? |

| Who did what? |

| How were you injured? |

With regard to claim 2, are you suing Defendant(s) in his/her/their:

☐    Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐    Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐    Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread that you believe caused the violation of your constitutional rights.*

_____

_____

_____

_____

_____

_____

**Claim Number 3:**

Place(s) of
occurrence: _____

Date(s) of occurrence: _____

Name of Each Defendant Involved:

_____

_____

_____

*State which of your federal constitutional rights (e.g., excessive force, denial of medical care, conditions of confinement, etc.) or federal statutory rights have been violated*:

_____

_____

_____

*State here briefly the **FACTS** that support your case. Describe how **EACH DEFENDANT** was **personally involved** in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you.*

FACTS:

| | |
|---|---|
| **What happened to you?** | |
| **Who did what?** | |
| **How were you injured?** | |

With regard to claim 3, are you suing Defendant(s) in his/her/their:

☐   Official capacity only (An official capacity claim is the same as suing the governmental entity the Defendant(s) work(s) for and **requires** proof that a custom, policy, or widespread practice of the governmental entity caused the alleged violation).

☐   Individual capacity only (An individual capacity claim is one that seeks to hold an individual liable for his own actions taken in the course of his duties).

☐   Both Official and Individual capacity

*If you are asserting an official capacity claim, please describe the custom, policy, or widespread practice that you believe caused the violation of your constitutional rights.*

_____

_____

_____

## V.   RELIEF

*If you are asking for money damages from the named Defendant(s), indicate below the types of damages you are seeking:*

☒ Compensatory damages (money damages designed to compensate for injuries, such as physical pain and suffering, etc., that are caused by the deprivation of constitutional rights).

☒ Punitive damages (designed to punish a defendant for engaging in misconduct and to deter a Defendant and others from engaging in such misconduct in the future).

☒ Other relief (describe below).

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. If you are requesting money damages, include the amounts of any actual damages and/or punitive damages you are claiming. Explain why you believe you are entitled to those damages.*

Compensation

Dismisal of illegal Charges return of Stolen property on Mailer, released on O.R till case is settled

10 million Dollers for their Deliberate violation of my rights an freedoms trying to put false Charges on me an doing what they want Boing incarcerated as i have 5 diagnosed Disorders Deuin an suffering aci have Been losing my mind trying to fight this on my own an on 2 new meds as well.

Punative All parties Fired for using gang type policeing to violate rights an Freedoms an mark in File to Never work in official capacity again

Other relief   Donating all Judgments/settlements minus legal outstanding Debts... to Boys & girls club Salvation army, Benton county Food pantrys, helping hands on Benton county Bond project evenly Disperssed to all.

## VI.    PRISONER'S LITIGATION HISTORY

Have you brought any other lawsuits in state or federal court while a prisoner?          ☒ Yes    ☐ No

If yes, how many?   3

Have you brought any other lawsuits in state or federal court **dealing with the same facts as this case**?          ☐ Yes    ☒ No

If yes, how many?   0

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)
- The "three strikes rule" bars a prisoner from bringing a civil action or an appeal without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility brought an action or appeal . . . that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).  **To the best of your knowledge, indicate if any of your cases were dismissed because they were frivolous, malicious, or failed to state a claim upon which relief could be granted, had a strike assessed, or were dismissed because of the "three strikes rule."**

Roy Kaiser vs
— nurse marsh 2010-2012 Dismissed
paid with taxes no strike
— Ron Kaiser vs Northbay village polla Florida
dismissed due to no family support to collect
evidence on was in Arcanse's prison
Payed in taxes no strike

— Roy Kaiser vs Benton county Jail Et Al
Just filed last week

## VII.   PLAINTIFF'S DECLARATION AND SIGNATURE

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office shall result in the dismissal of my case.

I declare under penalty of perjury (18 U.S.C. § 1621) that the foregoing is true and correct.

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

7/17/23
_____
Dated

Roy Kaiser
_____
Plaintiff's Signature

Roy, J, Kaiser
_____
Printed Name (First, MI, Last)

Jail #58675 ADC #147879
_____
Prison Identification #, if any.

1300 SW 14th St   Bentonville , Ar   72712
_____
Prison Address          City          State     Zip Code

Dear court clerk

this is what they sent me finally
after neumerous grievences which
is incorrect to which i wrote
3 more grievences i have been
here 30 days an my account
was 0 when i got here last
from being sent to prison jr
LO2O it was zeroed out
or i had no money when arested
my account is -43.00 from the
injury they caused they charged
me for medical as well...
But here is my account summery
they provided



Roy Kaiser 58675
1300 S.w 14th St
BentonVille, Ar 72712

Received WD/AR

JUL 20 2023
U.S. Clerk's Office

PROCESSED OUT

JUL 17 2023

Outgoing Inmate Mail

Legal Mail

NW ARKANSAS AR 727
LEGAL
neopost
07/17/2023
US POSTAGE $000.60
FIRST-CLASS MAIL
ZIP 72712
041M11270730

Sheri gilberson
Federal law clerk
35 E. Mountain suite # 510
Fayettville, Ar 72701

72701-535335