IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROY JOE KAISER**                                                                                                   **PLAINTIFF**

V.                                      CASE NO. 5:23-CV-5119

**JOHN OR JANE DOE**
**CENTERTON POLICE OFFICERS #1-5**
**and JOHN OR JANE DOE**
**BENTON COUNTY SHERIFF DEPUTIES #1-5**                                      **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 7) filed in this case on August 7, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas.  Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED IN ITS ENTIRETY**.  Accordingly, upon preservice screening of the Complaint under 28 U.S.C. § 1915A, **IT IS ORDERED** that this case is **STAYED AND ADMINISTRATIVELY TERMINATED** pending the resolution of Mr. Kaiser's state criminal case.

**IT IS FURTHER ORDERED** that Mr. Kaiser shall have thirty (30) days after the final resolution of his pending criminal cases to file a Motion to Reopen this case. Failure to file the Motion to Reopen within this deadline will result in the summary dismissal of this case.

**IT IS SO ORDERED** on this 25th day of August, 2023.

                                              */s/ Timothy L. Brooks*
                                              TIMOTHY L. BROOKS
                                              UNITED STATES DISTRICT JUDGE